IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS TEXAS,**<br>*Plaintiff.*<br><br>v.<br><br>**RICHARD ALFORD, IN HIS OFFICIAL CAPACITY AS THE WARDEN OF JACK HARWELL DETENTION CENTER, DEVELOPED AND OPERATED BY SOUTHWESTERN CORRECTIONAL, L.L.C., DBA, LASALLE SOUTHWEST CORRECTIONS;**<br>*Defendant.* | **CIVIL NO. 6-19-CV-000391-ADA** |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Court, having considered the parties' Stipulation of Dismissal of Plaintiff Disability Rights Texas under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby **DISMISSES** this matter **WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and fees.

**SIGNED** this 19th day of September 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE